BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROBLOX CORPORATION CHILD SEXUAL EXPLOITATION AND ASSAULT LITIGATION | MDL Docket No. 3166 |

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, Tiana Demas, hereby certify that copies of Defendants Roblox Corporation, Discord Inc., Snap Inc., and Meta Platforms, Inc.'s Joint Opposition to Plaintiff's Motion for Transfer of Actions Under 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings along with this Proof of Service, were served on all parties in the following cases electronically via CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation, or as indicated below, on October 14, 2025.

**MARY DOE, as next friend of minor plaintiff, JANE DOE v. ROBLOX CORPORATION; DISCORD INC., 5:25-cv-01980 (N.D. OHIO)**

**Served via electronic mail:**

Terence R. Coates
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
Email: tcoates@msdlegal.com

Bryan F. Aylstock
AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Email: baylstock@awkolaw.com

Ambika Kumar (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Email: ambikakumar@dwt.com

**Counsel for Defendant Discord, Inc.**

**Counsel for Plaintiff**

**JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION; SNAP INC.; and DOES 1-50, inclusive, 2:25-cv-07154 (C.D. CAL.)**

**Served via electronic mail:**

Alexandra M. Walsh
Kristen Feden
D. Patrick Huyett
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211
Email: awalsh@anapolweiss.com
kfeden@anapolweiss.com
phuyett@anapolweiss.com

William Smith
ANAPOL WEISS
6060 Center Drive
10th Floor
Los Angeles, CA 90045
Telephone: (202) 780-3014
Facsimile: (215) 875-7707
Email: wsmith@anapolweiss.com

Leah Godesky
Jonathan P. Schneller
O'MELVENY & MYERS LLP
1999 Avenue of the Stars 8th Floor
Los Angeles, CA 90067
Telephone: (310) 246-8501
Email: lgodesky@omm.com
jschneller@omm.com

**Counsel for Defendant Snap, Inc.**

**Counsel for Plaintiff**

**JANE DOE G.C., as guardian and next friend of minor plaintiff, JANE DOE A.C., v. ROBLOX CORPORATION, 4:25-cv-01402 (E.D. MO.)**

**Served via electronic mail:**

Laci Whitley
Edward Wallace
WALLACE MILLER
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
Telephone: 312.261.6193
Facsimile: 312-275-8174
Email: lmw@wallacemiller.com

Sara D. Beller
Matthew A. Dolman
R. Stanley Gipe
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile:  (727) 451-6907
Email: sara.beller@dolmanlaw.com
matt@dolmanlaw.com
stan.gipe@dolmanlaw.com

Davis Cooper
Joe Masterman
COOPER MASTERMAN PLLC
1717 Pennsylvania Ave., NW Ste. 1025
Washington, DC 20006
Telephone: (202) 866-0171
Email: davis@coopermasterman.com
joe@cooperlawpartners.com

**Counsel for Plaintiff**

**JANE A.P. DOE, a minor, by and through her parent and natural guardian, JANE L. P. DOE, v. ROBLOX CORPORATION; SNAP, INC.; and DOES 1-50, 2:25-cv-04256 (E.D. PA.)**

**Served via electronic mail:**

Joel Bieber
Melissa Fry Hague
Teresa Jauregui
Melissa Ephron
Connor Lauer
THE JOEL BIEBER FIRM
Two Liberty Place
50 S 16th Street, Suite 1700
Philadelphia, PA 19102
Telephone:  (267) 554-2414
Email: jbieber@joelbieber.com
Mhague@joelbieber.com
Tjauregui@joelbieber.com
mephron@joelbieber.com
Clauer@joelbieber.com

Leah Godesky (admitted *pro hac vice*)
Jonathan P. Schneller
O'MELVENY & MYERS LLP
1999 Avenue of the Stars 8th Floor
Los Angeles, CA 90067
Telephone:  (310) 246-8501
Email: lgodesky@omm.com
jschneller@omm.com

Natalie Molz
WHITE & WILLIAMS LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103
Telephone:  (215) 864-7142
molzn@whiteandwilliams.com

**Counsel for Defendant Snap, Inc.**

**Counsel for Plaintiff**

**JANE DOE, v. ROBLOX CORPORATION; DISCORD INC.; and DOES 1-50, inclusive, 4:25- cv-03520 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Alexandra M. Walsh | Adam S. Sieff |
| Kristen Feden | Rachel R. Goldberg |
| D. Patrick Huyett | DAVIS WRIGHT TREMAINE LLP |
| ANAPOL WEISS | 350 South Grand Avenue, 27th Floor |
| One Logan Square | Los Angeles, CA 90071 |
| 130 North 18th Street, Suite 1600 | Telephone: (213) 633-6800 |
| Philadelphia, PA 19103 | Email: adamsieff@dwt.com |
| Telephone: (215) 608-9645 | rachelgoldberg@dwt.com |
| Facsimile: (215) 735-2211 | |
| Email: awalsh@anapolweiss.com | Ambika Kumar (admitted *pro hac vice*) |
| kfeden@anapolweiss.com | Xian Li |
| phuyett@anapolweiss.com | DAVIS WRIGHT TREMAINE LLP |
| | 920 Fifth Avenue, Suite 3300 |
| Sarah R. London | Seattle, Washington 98104 |
| GIRARD SHARP | Telephone: (206) 622-3150 |
| 601 California Street, Suite 1400 | Email: ambikakumar@dwt.com |
| San Francisco, CA 94108 | xiangli@dwt.com |
| Telephone: (415) 981-4800 | |
| Email: slondon@girardsharp.com | Sarah E. Burns |
| | DAVIS WRIGHT TREMAINE LLP |
| **Counsel for Plaintiff** | 50 California Street, 23rd Floor |
| | San Fransico, CA 94110 |
| | Telephone: (415)2764892 |
| | Email: sarahburns@dwt.com |
| | |
| | **Counsel for Defendant Discord, Inc.** |

**JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION and DOES 1-50, inclusive, 3:25-cv-04329 (N.D. CAL.)**

**Served via electronic mail:**

Paige Nicole Boldt
Alexandra M. Walsh
Kristen Feden
D. Patrick Huyett
ANAPOL WEISS
One Logan Square

130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211
Email: pboldt@anapolweiss.com
awalsh@anapolweiss.com
kfeden@anapolweiss.com
phuyett@anapolweiss.com

Thomas P. Cartmell
Tyler W. Hudson
J. Kirk Goza
Tricia L. Campbell
Zachery E. Galyon
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
Email: tcartmell@wcllp.com
thudson@wcllp.com
jgoza@wcllp.com
tcampbell@wcllp.com
zgalyon@wcllp.com

**Counsel for Plaintiff**

**JOHN DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-05753 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Paige Nicole Boldt | Adam S. Sieff |
| Alexandra M. Walsh | Rachel Rose Goldberg |
| Kristen Feden | DAVIS WRIGHT TREMAINE LLP |
| D. Patrick Huyett | 350 South Grand Avenue, 27th Floor |
| ANAPOL WEISS | Los Angeles, CA 90071 |
| One Logan Square | Telephone: (213) 633-6800 |
| 130 North 18th Street, Suite 1600 | Email: adamsieff@dwt.com |
| Philadelphia, PA 19103 | rachelgoldberg@dwt.com |
| Telephone: (215) 608-9645 | |
| Facsimile: (215) 735-2211 | Ambika Kumar |
| Email: pboldt@anapolweiss.com | Xian Li |
| awalsh@anapolweiss.com | DAVIS WRIGHT TREMAINE LLP |
| kfeden@anapolweiss.com | 920 Fifth Avenue, Suite 3300 |
| phuyett@anapolweiss.com | Seattle, Washington 98104 |

| | |
|---|---|
| **Counsel for Plaintiff** | Telephone: (206) 622-3150<br>Email: ambikakumar@dwt.com<br>xiangli@dwt.com<br><br>Sarah E. Burns<br>Sam F. Cate-Gumpert<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Fransico, CA 94110<br>Telephone: (415) 276-6500<br>Email: sarahburns@dwt.com<br>samcategumpert@dwt.com<br><br>**Counsel for Defendant Discord Inc.** |

**JANE DOE R.M., a minor, represented by her guardian and next friend, JANE DOE Z.O., v. ROBLOX CORPORATION; DISCORD, INC.; and DOES 1-50, inclusive, 3:25-cv-06087 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Matthew A. Dolman<br>Sara D. Beller<br>R. Stanley Gipe<br>DOLMAN LAW GROUP<br>800 N. Belcher Rd.<br>Clearwater, FL 33765<br>Telephone: (727) 451-6900<br>Facsimile: (727) 451-6907<br>Email: sara.beller@dolmanlaw.com<br>matt@dolmanlaw.com<br>stan.gipe@dolmanlaw.com<br><br>**Counsel for Plaintiff** | Adam S. Sieff<br>Rachel Rose Goldberg<br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 633-6800<br>Email: adamsieff@dwt.com<br>rachelgoldberg@dwt.com<br><br>Ambika Kumar<br>Xiang Li<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 622-3150<br>Email: ambikakumar@dwt.com<br>xiangli@dwt.com<br><br>Sarah E. Burns<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Fransico, CA 94110<br>Telephone: (415) 276-6500<br>Email: sarahburns@dwt.com |

                                          **Counsel for Defendant Discord, Inc.**

**JANE DOE S.G., as guardian and next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-06812 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Matthew A. Dolman<br>Sara D. Beller<br>R. Stanley Gipe<br>DOLMAN LAW GROUP<br>800 N. Belcher Rd.<br>Clearwater, FL 33765<br>Telephone: (727) 451-6900<br>Facsimile:  (727) 451-6907<br>Email: matt@dolmanlaw.com<br>sara.beller@dolmanlaw.com<br>stan.gipe@dolmanlaw.com<br><br>**Counsel for Plaintiff** | Adam S. Sieff<br>Rachel Rose Goldberg<br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 633-6800<br>Email: adamsieff@dwt.com<br>rachelgoldberg@dwt.com<br><br>Ambika Kumar<br>Xiang Li<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 622-3150<br>Email: ambikakumar@dwt.com<br>xiangli@dwt.com<br><br>Sarah E. Burns<br>DAVIS WRIGHT TREMAINE LLP<br>50 California Street, 23rd Floor<br>San Fransico, CA 94110<br>Telephone: (415)2764892<br>Email: sarahburns@dwt.com<br><br>**Counsel for Defendant Discord, Inc.** |

**JANE DOE D.P., as guardian and next friend of minor plaintiff, JANE DOE M.P., v. ROBLOX CORPORATION, 3:25-cv-06886 (N.D. CAL.)**

**Served via electronic mail:**

Matthew A. Dolman
Sara D. Beller
R. Stanley Gipe
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900

Facsimile: (727) 451-6907
Email: matt@dolmanlaw.com
sara.beller@dolmanlaw.com
stan.gipe@dolmanlaw.com

**Counsel for Plaintiff**

**JANE DOE GS 1, a minor by and through her parent, PARENT GS 1. v. ROBLOX CORPORATION and META PLATFORMS, INC., 3:25-cv-07143 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Sarah R. London<br>Andrew Kaufman<br>Isabel Velez<br>GIRARD SHARP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Email: slondon@girardsharp.com<br>akaufman@girardsharp.com<br>ivelez@girardsharp.com | Ashley M. Simonsen<br>Issac D. Chaput<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (424) 332-4800<br>Email: asimonsen@cov.com<br>ichaput@cov.com<br><br>**Counsel for Defendant Meta Platforms, Inc.** |

**Counsel for Plaintiff**

**JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION; SNAP, INC.; and DOES 1-50, inclusive, 3:25-cv-07174 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Thomas P. Cartmell<br>Austin P. Brane<br>J. Kirk Goza<br>Tyler W. Hudson<br>Tricia L. Campbell<br>Zachery E. Galyon<br>WAGSTAFF & CARTMELL, LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>Telephone: (816) 701-1100<br>Facsimile: (816) 531-2372<br>Email: tcartmell@wcllp.com<br>abrane@wcllp.com<br>jgoza@wcllp.com<br>thudson@wcllp.com | Leah Godesky<br>Jonathan Schneller<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 246-8501<br>Email: lgodesky@omm.com<br>jschneller@omm.com<br><br>**Counsel for Defendant Snap, Inc.** |

tcampbell@wcllp.com
zgalyon@wcllp.com

**Counsel for Plaintiffs**

**JANE DOE I.V., as guardian and next friend of minor plaintiff, JANE DOE G.K., v. ROBLOX CORPORATION, 3:25-cv-07192 (N.D. CAL.)**

**Served via electronic mail:**

Matthew A. Dolman
Sara D. Beller
R. Stanley Gipe
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile:  (727) 451-6907
Email: matt@dolmanlaw.com
sara.beller@dolmanlaw.com
stan.gipe@dolmanlaw.com

**Counsel for Plaintiff**

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07291 (N.D. CAL.)**

**Served via electronic mail:**

Devin Lynn Bolton
Aaron Freedman
WEITZ & LUXENBERG PC
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
Email: dbolton@weitzlux.com
afreedman@weitzlux.com

Adam S. Sieff
Rachel Rose Goldberg
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Email: adamsieff@dwt.com
rachelgoldberg@dwt.com

**Counsel for Plaintiff**

Ambika Kumar
Xiang Li
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Email: ambikakumar@dwt.com
xiangli@dwt.com

                                      Sarah E. Burns
                                      Sam F. Cate-Gumpert
                                      DAVIS WRIGHT TREMAINE LLP
                                      50 California Street, 23rd Floor
                                      San Fransico, CA 94110
                                      Telephone: (415)2764892
                                      Email: sarahburns@dwt.com
                                      samcategumpert@dwt.com

                                      **Counsel for Defendant Discord, Inc.**

**JANE DOE B.E., as guardian and next friend of minor plaintiff, JANE DOE Z.P., v. ROBLOX CORPORATION, 3:25-cv-07393 (N.D. CAL.)**

**Served via electronic mail:**

Matthew A. Dolman
Sara D. Beller
R. Stanley Gipe
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile:  (727) 451-6907
Email: matt@dolmanlaw.com
sara.beller@dolmanlaw.com
stan.gipe@dolmanlaw.com

**Counsel for Plaintiff**

**JANE DOE M.J., as guardian and next friend of minor plaintiff, JANE DOE T.J., v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07486 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Matthew A. Dolman | Ambika Kumar |
| Sara D. Beller | DAVIS WRIGHT TREMAINE LLP |
| R. Stanley Gipe | 920 Fifth Avenue, Suite 3300 |
| DOLMAN LAW GROUP | Seattle, Washington 98104 |
| 800 N. Belcher Rd. | Telephone: (206) 622-3150 |
| Clearwater, FL 33765 | Email: ambikakumar@dwt.com |
| Telephone: (727) 451-6900 | |
| Facsimile:  (727) 451-6907 | **Counsel for Defendant Discord, Inc.** |
| Email: matt@dolmanlaw.com | |
| sara.beller@dolmanlaw.com | |

stan.gipe@dolmanlaw.com

**Counsel for Plaintiff**

**JANE DOE A.L., as guardian and next friend of minor plaintiff, JANE DOE N.L., v. ROBLOX CORPORATION, 4:25-cv-07676 (N.D. CAL.)**

**Served via electronic mail:**

Matthew A. Dolman
Sara D. Beller
R. Stanley Gipe
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile:  (727) 451-6907
Email: matt@dolmanlaw.com
sara.beller@dolmanlaw.com
stan.gipe@dolmanlaw.com

**Counsel for Plaintiff**

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07686 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Kiley L. Grombacher<br>BRADLEY/GROMBACHER, LLP<br>31365 Oak Crest Drive, Suite 240<br>Westlake Village, CA 91361<br>Telephone: (805) 270-7100<br>Facsimile: (805) 270-7589<br>Email: kgrombacher@bradleygrombacher.com<br><br>**Counsel for Plaintiff** | Ambika Kumar<br>Xiang Li<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 622-3150<br>Email: ambikakumar@dwt.com<br>xiangli@dwt.com<br><br>**Counsel for Defendant Discord, Inc.** |

**JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE, v. ROBLOX CORPORATION; and DOES 1-50, inclusive, 4:25-cv-07852 (N.D. CAL.)**

**Served via electronic mail:**

Thomas P. Cartmell

John Kirk Goza
Tyler W. Hudson
Tricia L. Campbell
Zachery E. Galyon
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
Email: tcartmell@wcllp.com
thudson@wcllp.com
jgoza@wcllp.com
tcampbell@wcllp.com
zgalyon@wcllp.com

**Counsel for Plaintiff**

**JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M., v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-07859 (N.D. CAL.)**

**Served via electronic mail:**

| | |
|---|---|
| Matthew A. Dolman | Ambika Kumar |
| Sara D. Beller | DAVIS WRIGHT TREMAINE LLP |
| R. Stanley Gipe | 920 Fifth Avenue, Suite 3300 |
| DOLMAN LAW GROUP | Seattle, Washington 98104 |
| 800 N. Belcher Rd. | Telephone: (206) 622-3150 |
| Clearwater, FL 33765 | Email: ambikakumar@dwt.com |
| Telephone: (727) 451-6900 | xiangli@dwt.com |
| Facsimile: (727) 451-6907 | |
| Email: matt@dolmanlaw.com | **Counsel for Defendant Discord Inc.** |
| sara.beller@dolmanlaw.com | |
| stan.gipe@dolmanlaw.com | |

**Counsel for Plaintiff**

**JOSEPH DOE, as next friend of minor Plaintiff, JOHN DOE, v. ROBLOX CORPORATION and DOES 1-50, inclusive, 3:25-cv-07899 (N.D. CAL.)**

**Served via electronic mail:**

Sean Thomas Higgins
Anne Andrews
Robert Sean Siko
ANDREWS & THORNTON
4701 Von Karman Ave., Ste 300 Newport

Beach, CA, 92660 Tel: (949) 748-1000
Fax: (949) 315-3540
Email: shiggins@andrewsthornton.com
aa@andrewsthornton.com
rsiko@andrewsthornton.com
survivor@andrewsthornton.com

**Counsel for Plaintiffs**

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and SNAP INC., 3:25-cv-07909 (N.D CAL.)**

**Served via electronic mail:**

Paige Nicole Boldt
Alexandra M. Walsh
Kristen Feden
D. Patrick Huyett
ANAPOL WEISS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Telephone: (215) 608-9645
Facsimile: (215) 735-2211
Email: pboldt@anapolweiss.com
awalsh@anapolweiss.com
kfeden@anapolweiss.com
phuyett@anapolweiss.com

Leah Godesky
Jonathan Schneller
O'MELVENY & MYERS LLP
1999 Avenue of the Stars 8th Floor
Los Angeles, CA 90067
Telephone: (310) 246-8501
Email: lgodesky@omm.com
jschneller@omm.com

**Counsel for Defendant Snap Inc.**

**Counsel for Plaintiff**

**M.S., individually and as the parent and next friend of minor, H.D. v. ROBLOX CORPORATION; DISCORD INC., 3:25-cv-07925 (N.D. CAL.)**

**Served via electronic mail:**

William J. Edelman
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Stree, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: wedelman@milberg.com

**Counsel for Plaintiff**

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Email: adamsieff@dwt.com

Ambika Kumar
Xiang Li
DAVIS WRIGHT TREMAINE LLP

920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Email: ambikakumar@dwt.com
xiangli@dwt.com

Sarah E. Burns
Sam F. Cate-Gumpert
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110
Telephone: (415)2764892
Email: sarahburns@dwt.com
samcategumpert@dwt.com

**Counsel for Defendant Discord Inc.**

**JANE DOE, individually, and as next friend of minor plaintiff, JOHN DOE, v. ROBLOX CORPORATION and JOHN DOE, 1:25-cv-04953 (N.D. GA.)**

**Served via electronic mail:**

Randall Lee Page, Jr.
BATLE LAW, PLLC
601 Cleveland Street, Suite 530
Clearwater, FL 33755
Telephone:  (866) 922-8853
lee@wefightyourbattle.com

Matthew A. Dolman
Sara D. Beller
R. Stanley Gipe
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile:  (727) 451-6907
Email: matt@dolmanlaw.com
sara.beller@dolmanlaw.com
stan.gipe@dolmanlaw.com

**Counsel for Plaintiff**

**JOHN DOE, v. ROBLOX CORPORATION, 3:25-cv-02175 (N.D. TX.)**

**Served via electronic mail:**

| | |
|---|---|
| Gary M. Klinger<br>Melinda Maxson (admitted *pro hac vice*)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone:  (866) 252-0878<br>Email: GKlinger@milberg.com<br>mmaxson@milberg.com | Martin D. Gould<br>Michael R. Grieco<br>Steven L. Vanderporten<br>STINAR GOULD GRIECE & HENSLEY PLLC<br>100 N Wacker Drive, Suite 100<br>Chicago, IL 60066<br>Telephone:  (312) 728-7444<br>Email: martin@sgghllaw.com<br>mike@sgghlaw.com<br>steven@sgghlaw.com |

Alexander E. Wolf
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Telephone:  (872) 365-7060
Email: awolf@milberg.com

Melissa H. Nafash
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
405 E 50th Street
New York, NY 10022
Telephone:  (212) 946-9305
Email: mnafash@milberg.com

**Counsel for Plaintiff**

**MARY DOE, as next friend of minor plaintiff, JANE DOE, v. ROBLOX CORPORATION and DISCORD INC., 3:25-cv-00128 (S.D. TX.)**

**Served via electronic mail:**

| | |
|---|---|
| Paige Nicole Boldt<br>Alexandra M. Walsh (admitted *pro hac vice*)<br>Kristen Feden<br>Daniel Patrick Huyett (admitted *pro hac vice*)<br>ANAPOL WEISS<br>One Logan Square<br>130 North 18th Street, Suite 1600<br>Philadelphia, PA 19103<br>Telephone: (215) 608-9645<br>Facsimile: (215) 735-2211<br>Email: pboldt@anapolweiss.com<br>awalsh@anapolweiss.com | Adam S. Sieff<br>Rachel Rose Goldberg<br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 633-6800<br>Email: adamsieff@dwt.com<br>rachelgoldberg@dwt.com<br><br>Ambika Kumar (admitted *pro hac vice*)<br>Sara Anne Fairchild<br>DAVIS WRIGHT TREMAINE LLP |

kfeden@anapolweiss.com
phuyett@anapolweiss.com

P. Davis Cooper (admitted *pro hac vice*)
Joseph O'Meara Masterman (admitted *pro hac vice*)
COOPER MASTERMAN
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Telephone:  (202) 866-0171
Email: davis@coopermasterman.com
joe@coopermasterman.com

**Counsel for Plaintiff**

920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Email: ambikakumar@dwt.com
sarafairchild@dwt.com

Sarah E. Burns
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Fransico, CA 94110
Telephone: (415)2764892
Email: sarahburns@dwt.com

Robert Edward Booth
MILLS SHIRLEY LLP
2200 Market St., Ste 300
Galveston, TX 77550
Telephone:  (409) 761-4001
Facsimile:   (409) 761-4001
Email: rbooth@millsshirley.com

Justin Kareem Rezkalla (admitted *pro hac vice*)
MORRISON FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:  (415) 268-6298
Facsimile:   (415) 268-7522
Email: jrezkalla@mofo.com

Joseph Alexander Lawrence (admitted *pro hac vice*)
MORRISON FOERSTER LLP
250 West 55th Street
New York, NY 10019
Telephone:  (212) 468-8000
Email: alawrence@mofo.com

**Counsel for Defendant Discord, Inc.**

**JANE DOE, as guardian and next friend of minor plaintiff, JOHN DOE, v. ROBLOX CORPORATION, 1:25-cv-00172 (S.D. TX.)**

**Served via electronic mail:**

Matthew A. Dolman

Sara D. Beller
R. Stanley Gipe
DOLMAN LAW GROUP
800 N. Belcher Rd.
Clearwater, FL 33765
Telephone: (727) 451-6900
Facsimile: (727) 451-6907
Email: matt@dolmanlaw.com
sara.beller@dolmanlaw.com
stan.gipe@dolmanlaw.com

Anthony John Russo, Jr.
THE RUSSO FIRM
1001 W. Yamato Rd., Suite 106
Boca Raton, FL 33431
Telephone: (561) 270-0913
Facsimile: (954) 767-0656
Email: anthony@therussofirm.com

**Counsel for Plaintiff**

**J.S. individually and as the parent and next friend of minor D.H. v. ROBLOX CORPORATION, 6:25-cv-03254 (W.D. Mo.)**

**Served via electronic mail:**

Randi Kassan
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
Email: rkassan@milberg.com

**Counsel for Plaintiff**

**A.E., individually and as the parent and next of friend of minor G.E., v. ROBLOX CORPORATION, 5:25-cv-00959 (W.D. OKLA.)**

**Served via electronic mail:**

| | |
|---|---|
| William B. Federman | Martin D. Gould |
| Kennedy Marie Brian | Michael R. Grieco |
| FEDERMAN & SHERWOOD | Steven L. Vanderporten |
| 10205 N. Pennsylvania Ave. | STINAR GOULD GRIECE & HENSLEY |

Oklahoma City, OK 73120
Telephone: (405) 235-1560
Email: wbf@federmanlaw.com
kpb@federmanlaw.com

Gary M. Klinger
Melinda Maxson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: GKlinger@milberg.com
mmaxson@milberg.com

Melissa H. Nafash
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
405 E 50th Street
New York, NY 10022
Telephone: (212) 946-9305
Email: mnafash@milberg.com

PLLC
100 N Wacker Drive, Suite 100
Chicago, IL 60066
Telephone: (312) 728-7444
Email: martin@sgghllaw.com
mike@sgghlaw.com
steven@sgghlaw.com

**Counsel for Plaintiff**

**T.T., individually and as the parent and next friend of minor D.H., v. ROBLOX CORPORATION, 4:25-cv-00314 (S.D. IOWA)**

**Served via electronic mail:**

J. Barton Goplerud
Brian O. Marty
SHINDLER, ANDERSON, GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
STINAR GOULD GRIECE & HENSLEY PLLC
100 N Wacker Drive, Suite 100

Melissa H. Nafash
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
405 E 50th Street
New York, NY 10022
Telephone: (212) 946-9305
Email: mnafash@milberg.com

Melinda Maxson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: mmaxson@milberg.com

Chicago, IL 60066
Telephone: (312) 728-7444
Email: martin@sgghllaw.com
mike@sgghlaw.com
steven@sgghlaw.com

**Counsel for Plaintiff**

**JANE DOE v. ROBLOX CORPORATION; DISCORD, INC., 2:25-cv-00208 (W.D. MICH.)**

**Served via electronic mail:**

Gary M. Klinger
Melinda Maxson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: GKlinger@milberg.com
mmaxson@milberg.com

Melissa H. Nafash
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
405 E 50th Street
New York, NY 10022
Telephone: (212) 946-9305
Email: mnafash@milberg.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
STINAR GOULD GRIECE & HENSLEY PLLC
100 N Wacker Drive, Suite 100
Chicago, IL 60066
Telephone: (312) 728-7444
Email: martin@sgghllaw.com
mike@sgghlaw.com
steven@sgghlaw.com

**Counsel for Plaintiff**

J. Michael Huget
HONIGMAN LLP
315 E. Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
Telephone: (734) 418-4254
Facsimile: (734) 418-4255
Email: mhuget@honigman.com

Lauren Babbage
HONIGMAN LLP (LANSING)
222 N Washington Sq., Suite 400
Lansing, MI 48933-1800
Telephone: (517) 377-0726
Email: lbabbage@honigman.com

Ambika Kumar
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Email: ambikakumar@dwt.com

**Counsel for Defendant Discord, Inc.**

Dated: October 14, 2025                    Respectfully submitted,


                                           By: */s/ Tiana Demas*
                                           Tiana Demas
                                           110 N. Wacker Drive, Suite 4200
                                           Chicago, IL 60606
                                           Telephone: (312) 881-6500
                                           Facsimile:  (312) 881-6598
                                           Email: tdemas@cooley.com

                                           *Counsel for Defendant Roblox Corporation*